**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARETHA B. BROWN, | ) |
| Plaintiff, | ) Case No. 2:14-cv-00991-MMD-GWF |
| vs. | ) **FINDINGS AND** |
| LUXOR HOTEL & CASINO, et al., | ) **RECOMMENDATION** |
| Defendant. | ) |

This matter comes before the Court on Plaintiff Aretha B. Brown's ("Plaintiff") failure to file an Amended Complaint pursuant to Order (#2).

This matter commenced on June 19, 2014, with the filing of Plaintiff Brown's complaint and motion/application to proceed *in forma pauperis* (#1). Plaintiff's motion to proceed *in forma pauperis* was granted. The Court also dismissed the Complaint, without prejudice, for failure to state a claim upon which relief can be granted. Plaintiff was ordered to file an amended complaint within thirty (30) days of the order dated June 23, 2014. Plaintiff was cautioned that failing to do so may result in the dismissal of his action.

Pursuant to Fed. R. Civ. P. 41(b), the Court may dismiss an action with prejudice if the Plaintiff fails to prosecute or to comply with these rules or a court order. Pursuant to Order #2, Plaintiff had until July 23, 2014 to file an amended complaint. Notice was mailed to Plaintiff on June 23, 2014. More than thirty days have elapsed since the order was mailed and Plaintiff has not filed an amended complaint. Accordingly,

...

...

## RECOMMENDATIONS

**IT IS HEREBY RECOMMENDED** that Plaintiff's complaint be **dismissed with prejudice.**

## NOTICE

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 25th day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge