1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

ARETHA B. BROWN,

       Plaintiff,

    v.

LUXOR HOTEL & CASINO, et al.,

       Defendant.

Case No. 2:14-cv-00991-RFB-GWF

**ORDER ADOPTING REPORT &
RECOMMENDATION OF
MAGISTRATE JUDGE
GEORGE W. FOLEY**

       Before the Court for consideration is the Report and Recommendation of the Honorable George W. Foley, United States Magistrate Judge, entered June 24, 2016. ECF No. 11. For the reasons discussed below, the Report and Recommendation is adopted in full.

       A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b).

       Plaintiff filed her Complaint on June 19, 2014. ECF No. 1. Judge Foley recommended dismissal of the Complaint on July 25, 2014. ECF No. 4. On January 24, 2015, the Court rejected this recommendation and ordered that Plaintiff amend her Complaint by June 23, 2015. ECF No. 7. Plaintiff requested an extension on February 20, 2015, which the Court granted. ECF Nos. 8, 9. To date, Plaintiff has not filed an Amended Complaint. Judge Foley issued a second

1  recommendation on June 24, 2016 recommending dismissal of the case with prejudice. Plaintiff

2  filed an objection to this recommendation. ECF No. 12.

3        Upon de novo review of the matter, the Court adopts Judge Foley's recommendation in

4  full.

5        **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 11) is

6  ADOPTED in full. Plaintiff's Complaint is dismissed with prejudice.

7        The Clerk of the Court is instructed to close this case.

8

9        **DATED:** <u>July 30, 2016</u>.

10       _____

11       **RICHARD F. BOULWARE, II**
         **UNITED STATES DISTRICT JUDGE**

12